*Deborah G. Stevenson,* special public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided November 4, 2010

## GORDON JONES *v.* COMMISSIONER OF CORRECTION

The petitioner Gordon Jones' petition for certification for appeal from the Appellate Court, 124 Conn. App. 901 (AC 31126), is denied.

*Glen R. Whitehead,* special public defender, in support of the petition.

*John A. East III,* senior assistant state's attorney, in opposition.

Decided November 4, 2010

## TOWN OF TRUMBULL *v.* LINDA A. PALMER, EXECUTRIX (ESTATE OF MICHAEL A. KNOPICK), ET AL.

The proposed intervenor Linda A. Palmer's petition for certification for appeal from the Appellate Court, 123 Conn. App. 244 (AC 30059), is denied.

*Linda A. Palmer,* pro se, in support of the petition.

Decided November 10, 2010

## TOWN OF TRUMBULL *v.* LINDA A. PALMER, EXECUTRIX (ESTATE OF MICHAEL A. KNOPICK), ET AL.

The defendant Helene B. Knopick's petition for certification for appeal from the Appellate Court, 123 Conn. App. 244 (AC 30059), is denied.

*Helene B. Knopick,* pro se, in support of the petition.

*Dennis J. Kokenos,* in opposition.

Decided November 10, 2010

### STEVEN EDELMAN *v.* DAVID PAGE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 123 Conn. App. 233 (AC 30547), is denied.

*Martin S. Echter,* in support of the petition.

Decided November 10, 2010

### ANTHONY DIBLASE *v.* LOGISTEC OF CONNECTICUT, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 123 Conn. App. 753 (AC 31045), is denied.

*David A. Kelly,* in support of the petition.

Decided November 10, 2010

### STATE OF CONNECTICUT *v.* JESUS RUIZ

The defendant's petition for certification for appeal from the Appellate Court, 124 Conn. App. 118 (AC 30605), is denied.

*Carlos E. Candal,* special public defender, in support of the petition.

*Melissa L. Streeto,* assistant state's attorney, in opposition.

Decided November 10, 2010